IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW CORRIGAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-CV-0173 (BAH) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant Robert Glover's Motion for Summary Judgment ("Motion"), his supporting Memorandum of Points and Authorities, Statement of Material Facts Not In Genuine Dispute, any opposition thereto, and the entire record herein, it is this ___ day of _____, 2014,

ORDERED, that the said Motion be, and hereby is, GRANTED for the reasons set forth therein, and it is,

FURTHER ORDERED: judgment is hereby entered in favor of the Defendant Glover and against Plaintiff on Plaintiff's constitutional claim asserted in the Amended Complaint.

SO ORDERED.

_____
Hon. Beryl A. Howell
U.S. District Court for the District of Columbia