THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW CORRIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-CV-0173 (BAH) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

The parties, by and through counsel, hereby advise the Court that Plaintiff and the District of Columbia have reached a settlement agreement in this matter as to all claims raised against all Defendants in the above-captioned action. Upon completion of the necessary settlement paperwork, Plaintiff agrees to dismiss this case with prejudice as Plaintiff and the District have settled.

Respectfully submitted,

 /s/ William R. Cowden
WILLIAM R. COWDEN
D.C. Bar No. 426301
WILLIAM R. COWDEN, LLC
1750 K Street, NW
Suite 900
Washington, DC 20006
(202) 828-4130
Fax: (888) 899-6053
Email: wcowden@cowdenllc.com

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

1

/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Sec. I


/s/ Kerslyn D. Featherstone
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
DAVID A. JACKSON
D.C. Bar No. 471535
Assistant Attorney General
441 Fourth Street, NW, Suite 630 South
Washington, DC 20001
202-724-6600; 202-724-6618;
202-727-6295 (office)
202-741-8924; 202-8999(facsimile)
Kerslyn.featherstone@dc.gov
DavidA.jackson@dc.gov